# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING MOTION** |
| | ) | **TO STAY** |
| v. | ) | |
| | ) | |
| Darnell Anthony Ward, | ) | Case No.: 1:25-cr-00160 |
| | ) | |
| Defendant. | ) | |

On November 19, 2025, the United States of America ("United States") filed a *Motion to Quash* and a *Motion to Stay Rule 17(c) Subpoenas*. (Doc. Nos. 36, 39). The United States requests that pursuant to Federal Rules of Criminal Procedure 17(c)(2), the court stay compliance with the Subpoena duces tecum issued on November 10, 2025, directing the Bismarck Police Department to disclose certain documents, pending further proceedings. The United States also requests the court quash the subpoena pursuant to Rule 17(c)(2) as it does not request "relevant, admissible, and specific evidence, and compliance is unreasonable and/ or oppressive."

This court **GRANTS** the United States' *Motion to Stay Rule 17(c) Subpoenas* (Doc. No. 39) pending further order. The Bismarck Police Department's compliance with the subpoena shall be stayed pending the resolution of the United States' *Motion to Quash*, or by further order of this court. Defendant shall have until December 5, 2025, to respond to the United States' *Motion to Quash*. (Doc. No. 36). The United States shall have seven (7) days from the filing of Defendant's response to submit a reply.

**IT IS SO ORDERED.**

Dated this 21st day of November, 2025.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court